UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMO Bank N.A., <br><br> Plaintiff, <br><br> v. <br><br> LDH Freight, Inc. et al. <br><br> Defendant(s). | Case No. EDCV 25-1455-KK-SPx <br><br><br> JUDGMENT |

Pursuant to the Order Granting Plaintiffs' Motion for Default Judgment, **IT IS HEREBY ADJUDGED** that judgment is entered in favor of plaintiff BMO Bank N.A. ("Plaintiff") against defendants LDH Freight, Inc. and Harinder S. Brar ("Defendants") as follows:

Pursuant to this Judgment, Defendants are **ORDERED** to pay Plaintiff damages in the amount of $220,283.05 from the date of entry of judgment in this action.  (JS-6)

Dated: December 31, 2025

_____
HONORABLE KENLY KIYA KATO
United States District Judge